Robert B. Wilson
Chapter 13 Trustee
1407 Buddy Holly Avenue
Lubbock, TX  79401-9401
(806)748-1980  Phone
(806)748-1956  Fax
geninfo@ch13-12westtex.org

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 18-70265 |
| JUSTIN DONALD MERITO | PREHEARING DATE: August 11, 2020 |
| ASHLEY NICOLE MERITO | PREHEARING TIME:  2:00 pm |
| DEBTOR(S) | |

**NOTICE OF AMOUNT DEEMED NECESSARY TO CURE MORTGAGE ARREARS**
(per Local Bankruptcy Rule 3002-2)
RESPONSE REQUIRED BY CREDITOR

PURSUANT TO LOCAL BANKRUPTCY RULE 3002-2(c), ON OR BEFORE THE CLOSE OF BUSINESS  06/19/2020 WHICH IS AT LEAST SIXTY (60) DAYS FROM THE DATE OF SERVICE OF THE NOTICE, THE HOLDER OF A CLAIM COVERED BY THE NOTICE SHALL FILE A WRITTEN RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT   1100 COMMERCE ST STE 1254   DALLAS, TX  75242 AND SHALL SERVE THE RESPONSE UPON THE DEBTOR, DEBTOR'S ATTORNEY AND THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A PREHEARING SHALL BE DEEMED REQUESTED. THE PREHEARING SHALL BE HELD AT THE DATE AND TIME STATED ABOVE. THE LOCATION FOR THE PREHEARING IS:

| | |
|---|---|
| PRE-HEARING CONFERENCE | PARTIES MAY ATTEND THE PRE-HEARING BY PHONE.  PLEASE |
| US COURTHOUSE ROOM 303 | CONTACT THE TRUSTEE'S OFFICE FOR DIALING INFORMATION AT |
| 10TH AND LAMAR STREETS | LEAST 7 DAYS PRIOR TO THE PRE-HEARING DATE. |
| WICHITA FALLS, TX  76301 | |

THE RESPONSE SHALL INDICATE WHETHER THE HOLDER DISPUTES THE INFORMATION CONTAINED IN THIS NOTICE. THE RESPONSE SHALL ALSO ITEMIZE ANY CURE AMOUNTS OR POST-PETITION ARREARAGES THAT THE HOLDER CONTENDS EXIST ON THE DATE OF THE RESPONSE.

PURSUANT TO LOCAL BANKRUPTCY RULE 3002-2(e), IF NO RESPONSE IS FILED, THE INFORMATION CONTAINED IN THIS NOTICE SHALL BE DEEMED UNOPPOSED OR UNDISPUTED, AND THE COURT SHALL ENTER AN ORDER BY DEFAULT FINDING: 1) TRUSTEE'S STATEMENTS OF ANY PLAN DELINQUENCY AMOUNT AND SUMMARY OF PAYMENTS ARE CORRECT AND 2) THE DEBTOR'S ONGOING POST-PETITION MORTGAGE PAYMENTS ARE CURRENT.

THE ENTRY OF SUCH AN ORDER SHALL PRECLUDE THE HOLDER OF THE CLAIM FROM ASSERTING CURE AMOUNTS OR POST-PETITION ARREARAGES THAT ALLEGEDLY ACCRUED BEFORE THE DATE OF THIS NOTICE IN ANY CONTESTED MATTER OR ADVERSARY PROCEEDING IN THIS CASE OR IN ANY OTHER MANNER OR FORUM AFTER DISCHARGE IN THIS CASE, UNLESS THE COURT DETERMINES, AFTER NOTICE AND HEARING THAT THE FAILURE WAS SUBSTANTIALLY JUSTIFIED OR IS HARMLESS.

Pursuant to Local Rule 3002-2(b), the Chapter 13 Trustee files this Notice of Amount Deemed Necessary to Cure Mortgage Arrears ('Notice').

To the Trustee's knowledge, the Debtor has a current PLAN PAYMENT DELINQUENCY amount of $ 526 .00.

## SUMMARY OF PAYMENTS

| Account Number | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid | Total Paid by Trustee | Delinquency |
|---|---|---|---|---|---|---|
| **JOEL E FIELDS AND CATHEY S FIELDS** ( 1441 DEVILLE ST - CONDUIT MORTGAGE PAYMENT BEGINS 11/2018 ) | | | | | | |
| N/A | 33,873.63 | $33,873.63* | 10,862.10 | 0.00 | 10,862.10 | 0.00 |
| **JOEL E FIELDS AND CATHEY S FIELDS** ( 1441 DEVILLE ST - POST-PETITION MORTGAGE ARREARS 9/2018 & 10/2018 ) | | | | | | |
| N/A | 1,206.90 | $1,206.90* | 0.00 | 0.00 | 0.00 | 0.00 |
| **JOEL E FIELDS AND CATHEY S FIELDS** ( 1441 DEVILLE ST - PRE-PETITION MORTGAGE ARREARS THRU 8/2018 ) | | | | | | |
| N/A | 2,425.55 | $2,425.55* | 0.00 | 0.00 | 0.00 | 0.00 |

Date: April 20, 2020                              /s/ Marc McBeath

Marc McBeath, Bar # 13328600
Staff Attorney
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on this date to the following parties either electronically or by U.S. First Class Mail.

ELDER & BICKINGS   320 E THIRD STREET   BURKBURNETT, TX  76354
JOEL E FIELDS AND CATHEY S FIELDS   C/O ELDER & BICKINGS   JONATHAN ELLZEY   320 E THIRD ST   BURKBURNETT, TX  76354
Joel E. Fields   1605 Sparks St.   Wichita Falls, TX  76302
JUSTIN DONALD MERITO   ASHLEY NICOLE MERITO   1441 DEVILLE   WICHITA FALLS, TX  76306
LAW OFFICES OF GREGORY A ROSS   ATTORNEY AT LAW   4245 KEMP BLVD STE 308   WICHITA FALLS, TX  76308
MONTE J WHITE   ATTORNEY AT LAW   1106 BROOK AVE HAMILTON PLACE   WICHITA FALLS, TX  76301

Date: April 20, 2020                              /s/ Marc McBeath

Marc McBeath, Bar # 13328600
Staff Attorney
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee

**EXHIBIT A**

| Date | Creditor Name | Code | Check No. | Amount |
|---|---|---|---|---:|
| *JOEL E FIELDS AND CATHEY S FIELDS* | | | | |
| *1441 DEVILLE ST - CONDUIT MORTGAGE PAYMENT BEGINS 11/2018* | | | | |
| 10/31/2018 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0948094 | 603.45 |
| 12/31/2018 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0951503 | 1,019.03 |
| 01/31/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0953093 | 791.32 |
| 02/28/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0954653 | 603.45 |
| 03/29/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0956091 | 603.45 |
| 04/30/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0957559 | 603.45 |
| 05/30/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0959002 | 603.45 |
| 06/28/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0960345 | 603.45 |
| 07/31/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0961715 | 603.45 |
| 08/30/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0963126 | 603.45 |
| 09/30/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0964484 | 603.45 |
| 10/31/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0965884 | 603.45 |
| 11/27/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0967196 | 603.45 |
| 12/31/2019 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0968464 | 603.45 |
| 01/31/2020 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0969787 | 603.45 |
| 02/28/2020 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0971116 | 603.45 |
| 03/31/2020 | JOEL E FIELDS AND CATHEY S FIELDS | MDCCP | 0972384 | 603.45 |
| * * * TOTAL * * * | | | | 10,862.10 |